Kristin A. Schuler-Hintz, Esq., NV SBN 7171
Seth J. Adams, Esq., NV SBN 11034
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
khintz@mccarthyholthus.com
SAdams@mccarthyholthus.com
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691

Attorney for: Secured Creditor, US National Bank as Trustee for the MLMI surf Trust Series 2006-AB2, its assignees and/or successors and the servicing agent WILSHIRE CREDIT CORPORATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-22650-MKN |
| Todd C Iwanylo, | ) Chapter 7 |
| Irene Iwanylo, | ) |
| | ) DATE: 09/09/09 |
| Debtors. | ) TIME: 01:30 pm |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) ***PROPOSED* ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

On 9/29/2009, I served the foregoing documents described as ***PROPOSED* ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Elizabeth R. Deflyer
edeflyer@hainesandkrieger.com

TRUSTEE
David A. Rosenberg
darosenberg@7trustee.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Fabela

Enrique Fabela

M&H File No. NV09-31615
09-22650-MKN

On 9/29/2009, I served the foregoing documents described as **PROPOSED ORDER TERMINATING AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Todd C Iwanylo
Irene Iwanylo
36 Bergholt Crest Avenue
Henderson, NV 89002

SPECIAL NOTICE
CMFC
Attn: Managing Agent
P.O. Box 9438, Dept 0251
Gaithersburg, MD 20898

Wilshire Credit Corp.
Attn: Managing Agent
P.O. Box 8517
Portland, OR 97207

Orion
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

           /s/ John Lopez

           John Lopez