

**Entered on Docket
November 16, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq., Nevada SBN 11034
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
khintz@mccarthyholthus.com
SAdams@mccarthyholthus.com
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691

Attorney for: Secured Creditor, US National Bank as Trustee for the MLMI surf Trust Series 2006-AB2, its assignees and/or successors and the servicing agent WILSHIRE CREDIT CORPORATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-22650-MKN |
| | ) |
| Todd C Iwanylo, | ) Chapter 7 |
| Irene Iwanylo, | ) |
| | ) DATE: 09/09/09 |
| Debtors. | ) TIME: 01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

M&H File No. NV09-31615
09-22650-MKN

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 36 Bergholt Crest Avenue, Henderson, NV 89015.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:

_/s/ Seth J. Adams, Esq._
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329

Approved/Disapproved

_Emailed 9/10/09 – No response received._
David A. Rosenberg
5030 Paradise Road, #215
Las Vegas, NV 89119

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: David A. Rosenberg *Emailed 9/10/09 – No response received.*

/s/ Seth J. Adams, Esq.
Seth J. Adams, Esq.

### #

M&H File No. NV09-31615
09-22650-MKN